**Lesbia Elizabet Alvarez MARTINEZ, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71913.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 26, 2004.

R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Frank P. Sprouls, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Linda S. Wernery, Esq., Mark C. Walters, Esq., Margaret Perry, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

MEMORANDUM **

Lesbia Elizabet Alvarez Martinez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order affirming without opinion an immigration judge's denial of her application for withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition.

Alvarez Martinez contends that the streamlining regulations violate due process and circumvent judicial review. This contention is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 849–52 (9th Cir.2003).

Pursuant to *Desta v. Ashcroft*, No. 03–70477, petitioner's motion for stay of removal included a timely request for stay of voluntary departure. Because the motion for stay of removal was continued based on the government's filing of a notice of non-opposition, the voluntary departure period was also stayed, nunc pro tunc, to the filing of the motion for stay of removal and

this stay will expire upon issuance of the mandate.

**DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

